UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Henry Nichols,                                          Civil 13-515 PJS/FLN

      Plaintiff,

v.                                                            O R D E R

City of Farmington and
Jim Murphy,

      Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 1, 2013, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* [Docket No. 2] is **DENIED**;

2. This case is summarily **DISMISSED** for lack of jurisdiction.

DATED: 04/12, 2013.                  s/Patrick J. Schiltz
at Minneapolis, Minnesota         JUDGE PATRICK J. SCHILTZ
                                             United States District Court